```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DESSIREY ZOKIRZODA and MARCOS LAZU,
                         Plaintiffs,

                                                            18 CIVIL 11630 (JPO)

            -against-
                                                            **DEFAULT JUDGMENT**

ACRI CAFÉ INC. and MUHAMET DEMAJ,
                         Defendants.
-----------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Opinion and Order dated January 22, 2020, Plaintiffs' motion for a default judgment is GRANTED in part and DENIED in part; Judgment is entered in favor of Plaintiffs and against Defendants Acri Café Inc. and Muhamet Demaj jointly and severally, as follows:

As to Plaintiff Dessirey Zokirzoda, the judgment includes: (1) damages for back pay, unpaid overtime wages, spread-of-hours pay, statutory damages, and liquidated damages under the FLSA and NYLL in the amount of $14,912; (2) prejudgment interest on $5,844 for Zokirzoda from October 31, 2018, to the date of judgment at a rate of nine percent per annum, in the amount of $645.56; for a total judgment of $15,557.56.

As to Plaintiff Marcos Lazu, the judgment includes: (1) damages for back pay, unpaid overtime wages, spread-of-hours pay, statutory damages, and liquidated damages under the FLSA and NYLL in the amount of $14,198; (2) prejudgment interest on $5,580 from November 2, 2019, to the date of judgment at a rate of nine percent per annum, in the amount of $613.65; for a total judgment of $14,811.65.

Attorney's fees in the amount of $7,270 and costs in the amount of $440 are awarded to Plaintiffs; accordingly, this case is closed.

**DATED**: New York, New York
January 22, 2020

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                            Clerk of Court

                                                      By:   _K/ Mango_____
                                                            Deputy Clerk