UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESSIREY ZOKIRZODA, *et al.*,

                Plaintiffs,

-v-

ACRI CAFE, INC., *et al.*,

                Defendants.

18-CV-11630 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

The letter motion to compel at Docket Number 35 is granted. Plaintiffs have issued an information subpoena and a subpoena *duces tecum* to Defendants. *See* Docket Number 35-2; Docket Number 35-3. Defendants shall respond to Plaintiffs' information subpoena and produce all documents responsive to plaintiffs' subpoena *duces tecum* within forty-five days. Further, an appropriate representative of Acri Café, Inc., and Defendant Demaj, shall appear for a deposition within forty-five days at the offices of Akin Law Group PLLC, 45 Broadway, Suite 1420, New York, New York 10006. The failure to comply with this Order may result in sanctions, which may include contempt of court. Plaintiffs are ordered to mail a copy of this Order to Defendants at their last known addresses via certified mail, and Plaintiffs shall file proof of service with the Court.

    SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge