AFFIDAVIT OF SERVICE


P10050476

AKIN LAW GROUP PLLC    Rob Salaman
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DESSIREY ZOKIRZODA AND MARCOS LAZU,

PLAINTIFF

- vs -

ACRI CAFÉ, INC., ETAL

DEFENDANT

Index No. 1:18-cv-11630-JPO
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF __New York__, COUNTY OF __Putnam__ :SS:

__Tamika Hawthorne__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __New York__.

On __September 21, 2023__ at __1:05 pm__,

at **95 COX AVENUE YONKERS, NY 10703**

deponent served the within **ORDER** on: **MUHAMET DEMAJ**, the **DEFENDANT** therein named.

- #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
- #2 CORPORATION — By delivering a true copy of each personally to _____, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**. Deponent knew the person so served to be the ____ of the corporation, and authorized to accept service on behalf of the corporation.
- ✓ #3 SUITABLE AGE PERSON — By delivering a true copy of each to __Raze "Mother"__ a person of suitable age and discretion. Said premises is **DEFENDANT**'s: [ ] actual place of business [✓] dwelling house (usual place of abode) within the state.
- #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

- ✓ #5 MAIL COPY — Address confirmed by On __Sept 22, 2023__ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
- ✓ #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
  Sex: __Female__   Color: __White__   Hair: __Red__
  Age: __50-55__   Height: __5'5"-5'7"__   Weight: __170-180__
  OTHER IDENTIFYING FEATURES: _____
- #7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____
- #8 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.
- #9 OTHER

NOTARY NAME & DATE
__September 22, 2023__

KEITH A. HAWTHORNE
Notary Public, State of New York
Reg. No. 02HA6029794
Qualified in Putnam County
Commission Expires 08/30/2025

Tamika Hawthorne

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-ALG2-10050476