UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DESSIREY ZOKIRZODA and                     Case No. 18-CV-11630 (JPO)
MARCOS LAZU,

                Plaintiffs,

  -against-

ACRI CAFÉ, INC. and MUHAMET DEMAJ,

                Defendants.
---------------------------------------------------------------X

## JUDGMENT

An Order of the Honorable Paul Oetken, United States District Judge having been filed on September 19, 2023, granting Plaintiff's Motion for Contempt and Sanctions and awarding Plaintiffs additional attorney's fees in the amount of $20,295.00 and costs in the amount of $79.00 (ECF Doc. No. 48); it is

ORDERED and ADJUDGED that Plaintiff's Motion for Contempt and Sanctions against Defendants Acri Café, Inc. and Muhamet Demaj is granted; that judgment is hereby entered in favor of Plaintiffs and against Defendants Acri Café, Inc. and Muhamet Demaj for additional attorney's fees in the amount of $20,295.00 and costs in the amount of $79.00, in the total amount of $20,374.00.

Dated: January 16, 2025
      New York, New York

                                                  J. PAUL OETKEN
                                                United States District Judge